# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN GILLON,<br><br>  Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE COMPANY, STANCORP FINANCIAL GROUP, DOES 1-50,<br><br>  Defendants. | Case No. 3:14-cv-04987-EMC<br><br>**ORDER UPON REQUEST FOR COUNSEL FOR DEFENDANT STANDARD INSURANCE COMPANY TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 10, 2015<br>Time: 9:30 a.m.<br>Ctrm: 5<br><br>Complaint Filed: October 8, 2014 |

The Court, having reviewed the Request to Appear Telephonically at the Case Management Conference by lead trial counsel for Defendant STANDARD INSURANCE COMPANY ("Standard"), Linda M. Lawson, finds good cause exists to enter an order ~~approving~~ denying the request to appear telephonically at the Case Management Conference, which is set for March 10, 2015 at 9:30 a.m. in Courtroom 5, 17th Floor, before the Honorable Edward M. Chen. Associate Counsel may appear in person as long as he/she has full authority to make all decisions.

Dated: February 20, 2015

Hon. Edward M. Chen
Judge, United States District Court

*[DENIED stamp, signed Judge Edward M. Chen]*

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

142123.1

1
ORDER UPON REQUEST FOR COUNSEL FOR DEFENDANT STANDARD INSURANCE COMPANY TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE — Case No. 3:14-cv-04987-EMC