# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN GILLON, <br><br> Plaintiff, <br><br> vs. <br><br> THE STANDARD INSURANCE COMPANY, STANCORP FINANCIAL GROUP, DOES 1-50, <br><br> Defendants. | Case No. 3:14-cv-04987-EMC-ANx <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:14-cv-04987-EMC (ANx), is dismissed in its entirety as to all defendants, with prejudice. IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: July 25, 2016

IT IS SO ORDERED

Judge Edward M. Chen

Hon. Edward M. Chen
United States District Judge